NORMA BARKER-JOSEPH *v.* WILLIE JACKSON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 12083) is denied.

*William F. Gallagher* and *John H. Peck, Jr.,* in support of the petition.

*David J. Elliott* and *Ruth A. Kurien,* in opposition.

Decided May 17, 1993

STATE OF CONNECTICUT *v.* EDWARD DENNIS

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 416 (AC 11010 through 11024 and 11158), is denied.

*G. Douglas Nash,* public defender, in support of the petition.

*Susann E. Gill,* supervisory assistant state's attorney, in opposition.

Decided May 17, 1993

DAVID L. COPAS *v.* WARDEN

The petitioner David L. Copas' petition for certification for appeal from the Appellate Court, 30 Conn. App. 677 (AC 11241), is denied.

*Christopher C. Sheehan,* deputy assistant public defender, in support of the petition.

*Jacqueline J. Footman,* assistant state's attorney, in opposition.

Decided May 17, 1993